IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RENIKA HULL and MARCO LEWIS                                    PLAINTIFFS

V.                         No. 3:18CV00048 JM

LEWIS CASEY and TRANSAM TRUCKING INC.                   DEFENDANTS

## ORDER

The Court has been advised that this action has settled. Accordingly, Plaintiffs' complaint is hereby dismissed with prejudice. All pending motions are MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of May, 2018.

                                                                                  _____
                                                                                  James M. Moody Jr.
                                                                                  United States District Judge